UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――X
WILLIAM R. FOWLE,

        Plaintiff,                             07-CV-3555

v.

COHEN & SLAMOWITZ, LLP

        Defendant.
――――――――――――――――――――――X

## CERTIFICATE OF SERVICE

I, Sean C. Serpe, a duly admitted attorney in the United States District Court for the Southern District of New York, affirm that on July 30, 2007, I served the defendant in this action COHEN & SLAMOITZ, LLP at 199 Crossways Park Drive, Woodbury, New York 11797 by hand delivery.

Dated: August 7, 2007
       New York, New York

                                       /s/ Sean C. Serpe
                                       Sean C. Serpe, Esq.
                                       Pelton Serpe LLP
                                       111 Broadway, Floor 9
                                       New York, New York  10006
                                       (212) 725-3600