UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM R. FOWLE,

                Index No. 07 CV 3555

         Plaintiff

-against-

                **STIPULATION**

COHEN & SLAMOWITZ, LLP.

         Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED, consented, and agreed by and between the undersigned, as follows:

1. Defendant's time to respond to Plaintiff's Complaint is hereby extended to September 28, 2007.

2. A facsimile copy of said transmission shall be deemed original by the Court.

Dated: Melville, New York
       August 20, 2007

                            Pelton
                            ~~Mansfield &~~ Serpe, ~~PLLC~~ LLP
                            Attorneys for Plaintiff

By: _____
     Sean C. Serpe, Esq.
     111 Broadway, Floor 9
     New York, NY 10006
     (212) 725-3600


                            Law Offices of Michael G. Mc Auliffe, Esq.
                            Attorneys for Defendant

By: _____
     Michael G. Mc Auliffe, Esq.
     48 South Service Road, Suite 102
     Melville, NY 11747
     (631) 465-0044