UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
WILLIAM R. FOWLE,

                     Index No. 07 CV 3555 (BSJ)

        Plaintiff

-against-

                     **STIPULATION**

COHEN & SLAMOWITZ, LLP.

        Defendants.
------------------------------------------------------X

    IT IS HEREBY STIPULATED, consented, and agreed by and between the undersigned, as follows:

1. Defendant's time to respond to Plaintiff's Complaint is hereby extended to September 28, 2007.

2. A facsimile copy of said transmission shall be deemed original by the Court.

Dated: Melville, New York
       August 20, 2007

PELTON
~~Mansfield & Serpe, PLLC.~~ LLP
Attorneys for Plaintiff

By: _____
Sean C. Serpe, Esq.
111 Broadway, Floor 9
New York, NY 10006
(212) 725-3600

Law Offices of Michael G. Mc Auliffe, Esq.
Attorneys for Defendant

By: _____
Michael G. Mc Auliffe, Esq.
48 South Service Road, Suite 102
Melville, NY 11747
(631) 465-0044

SO ORDERED:

_____
U.S.D.J.
8/27/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07