UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAM R. FOWLE,

                                      Index No. 07 CV 3555

                Plaintiff
    -against-


COHEN & SLAMOWITZ, LLP.

                Defendant.
------------------------------------------------------------------X

## RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to enable District Judges and Magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LAW OFFICES OF COHEN & SLAMOWITZ, LLP (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                            N/A

Dated: Melville, New York
       October 5, 2007

                                            Law Offices of Michael G. Mc Auliffe, Esq.
                                            Counsel to Cohen & Slamowitz, LLP.


                       By:     _/s/ Michael G. Mc Auliffe_
                                Michael G. Mc Auliffe, Esq.
                                48 South Service Road, Suite 102
                                Melville, New York 11747
                                (631) 465-0044