UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM R. FOWLE,

                                                              Index No. 07 CV 3555

                      Plaintiff
-against-


COHEN & SLAMOWITZ, LLP.

                      Defendant.
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL


STATE OF NEW YORK    )
                                SS:
COUNTY OF SUFFOLK    )


      Andrea Savin, being duly sworn, deposes and says:

      I am not a party in the above referenced action, am over 18 years of age and reside in Old Bethpage, New York. On October 5, 2007, I served a copy of the within **"ANSWER OF COHEN & SLAMOWITZ, LLP. WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIM and RULE 7.1 STATEMENT"**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the entities set forth below, at the last known address set forth after each name as follows:


                              Sean C. Serpe
                              111 Broadway, 9th Floor
                              New York, New York 10006


                                                                       _/s/ Andrea Savin_
                                                                        Andrea Savin


Sworn to before me on this 5th day
of October, 2007


_/s/ Michael G. Mc Auliffe_
NOTARY PUBLIC