UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM FOWLE,

                Plaintiff,

                                                  Civil Action No. 07-3555

v.

COHEN & SLAMOWITZ, LLP,

                Defendants.
------------------------------------------------------------X

## ANSWER TO COUNTERCLAIM

      Plaintiff WILLIAM FOWLE files this answer to the defendant COHEN & SLAMWOITZ, LLP's answer and counterclaim dated October 5, 2007 (the "Counterclaim"), and in support thereof, states:

      1.     Denies the allegations in paragraphs 14, 15 and 16 of the Counterclaim..

Dated: New York, New York
       October 25, 2007

                                                     Respectfully submitted,

                                                     PELTON SERPE LLP
                                                     Attorneys for the Plaintiff

                                                     /s/ Sean C. Serpe
                                                     Sean C. Serpe, Esq.
                                                     111 Broadway, Floor 9
                                                     New York, New York 10006
                                                     (212) 725-3600