USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM R. FOWLE,

        Plaintiff,        07 Civ. 3555 (BSJ)(THK)

  -against-

                              **SCHEDULING ORDER**

COHEN & SLAMOWITZ, LLP,

        Defendant.
------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    This case having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED:

    1.   There shall be no further amendments of the pleadings or joinder of additional parties after February 15, 2008, except for good cause.

    2.   By February 15, 2008, the parties shall serve written discovery requests.

    3.   By June 15, 2008, the parties shall complete depositions.

    4.   All pretrial discovery shall be completed by July 15, 2008.

    5.   Any dispositive motion shall be filed by August 1, 2008. Any response to such motion shall be filed by August 21, 2008. By September 1, 2008, any reply shall be filed.

    6.   The parties shall appear for a settlement conference in Courtroom 17D on April 8, 2008, at 10:00 a.m. Counsel should discuss the possibility of settlement prior to the conference, and should come to the conference prepared and with authorization to

settle this action. The parties' attendance is required, either in person or by telephone.

7. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.
SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:   January 16, 2008
         New York, New York

Dated:   January 16, 2008
         New York, New York