UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WILLIAM R. FOWLE,

                Plaintiff

-against-

COHEN & SLAMOWITZ, LLP.

                Defendant.
-------------------------------------------------------------X

Index No. 07-CV-3555
(BSJ) (THK)

**STIPULATION DISMISSING ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED, consented, and agreed by and between the undersigned, the attorneys of record for the parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action including counterclaim, be and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Court.

Dated: Melville, New York
May 22, 2008

By: _____
Law Offices of Michael G. Mc Auliffe
Counsel to Cohen & Slamowitz, LLP

Michael G. Mc Auliffe, Esq. (mgm3024)
48 South Service Rd, Suite 102
Melville, NY 11747
(631) 465-0044

Dated: New York, New York
May 23, 2008

By: _____
Pelton Serpe LLP
Counsel to William R. Fowle

Sean C. Serpe, Esq. (ss6810)
111 Broadway
9th Floor
New York, NY 10006
(212) 725-3600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

SO ORDERED

_____
6/2/08    U.S.D.J.